United States Courts
Southern District of Texas
FILED

*August 20, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | **CRIMINAL NO. B-25-MJ-004** |
| **SANDY PATRICIA GARCIA** | § | |

## C R I M I N A L   I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

On or about June 19, 2025, in the Southern District of Texas, Defendant,

**SANDY PATRICIA GARCIA**,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Customs and Border Protection Officer Justin Trejo, while CBPO Trejo was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1).

Respectfully Submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORN

*[signature]*

Victoria Aranda
Assistant U.S. Attorney
State Bar No. 24116037
Federal Bar No. 3870523
600 E. Harrison, Ste. 201
Brownsville, TX 78520